Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IXI MOBILE (R&D) LTD. and IXI IP,

    Plaintiff(s),

v.

BLACKBERRY CORPORATION, et

    Defendant(s).

Case No: 3:15-cv-03754-H

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jason Woodard Cook, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: BlackBerry Corp. and BlackBerry Limited in the above-entitled action. My local co-counsel in this case is Franklin D. Kang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2000 McKinney Avenue, Suite 1400<br>Dallas, TX 75201 | 1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067-1501 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 932-6418 | (310) 315-8231 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jcook@mcguirewoods.com | fkang@mcguirewoods.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24028537.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/17/15

                              Jason Woodard Cook
                                  APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason Woodard Cook is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/24/2015

                              */s/ Haywood S. Gilliam Jr.*
                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 09, 2015

Re:  Jason Woodard Cook, State Bar Number 24028537

To Whom It May Concern:

This is to certify that Mr. Jason Woodard Cook was licensed to practice law in Texas on November 01, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/aa